MARCH 22, 1989

No. 88–5772.   WASHINGTON v. UNITED STATES.   C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

MARCH 23, 1989

No. 88–287.   TIMES MIRROR CO. ET AL. v. DOE.   Ct. App. Cal., 4th App. Dist.   Certiorari dismissed under this Court's Rule 53.

MARCH 27, 1989

No. 88–1011.   HARMAN ET AL. v. DOLE, SECRETARY OF LABOR, ET AL.   Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–6635.   WILLIAMS v. KEMP, WARDEN.   C. A. 11th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied.   Certiorari dismissed for want of jurisdiction.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. — – ——.   McCONICO v. CONRADI.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.